ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
NOAH SCHABACKER, MARYLAND BAR
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (303) 844-6232
E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAMES RIZZARDINI,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:25-cv-02022-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 13) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from May 5, 2026, up to and including June 5, 2026.  This is the Defendant's first request for an extension.

Based on a review of the record, undersigned counsel requires additional time to explore settlement options.  Defendant apologizes to the Court for any inconvenience caused by this delay.  Undersigned counsel contacted Plaintiff's counsel on April 28, 2026, and he had no objection to this request.

Stip. for Ext.; Order 1:25-CV-02022-SKO                1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  April 29, 2026                    /s/  Jonathan O. Peña*
                                          (*as authorized via e-mail on April 28, 2026)
                                          JONATHAN O. PEÑA
                                          Attorney for Plaintiff

Dated:  April 29, 2026                    ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1
                                          Social Security Administration

                          By:    /s/  Noah Schabacker
                                          NOAH SCHABACKER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant


**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 13), IT IS ORDERED that Defendant shall have an extension, up to and including **June 5, 2026**, to respond to Plaintiff's Motion for Summary Judgment.  All other deadlines in the Scheduling Order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:    **April 29, 2026**                    /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; Order 1:25-CV-02022-SKO                    2